IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>BALAJI RAYA and MANOJA SAVARAM,<br><br>                Defendants. | **8:24CR96**<br><br>**ORDER** |

       This matter is before the Court on Defendants' Unopposed Motion for Extension of Time to File Pretrial Motions and Motion to Extend Pretrial Deadline. (Filing No. 42 and Filing No. 43). The motions are unopposed by the government. For good cause shown, the Court finds the motions should be granted.[1] Accordingly,

       IT IS ORDERED:

       1)     Defendants' Unopposed Motions to Continue Deadline for Filing Pretrial Motions, (Filing No. 42 and Filing No. 43), are granted.

       2)     Pretrial motions shall be filed by February 21, 2025.

       3)     In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting these motions and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of the motions, that is, the time between today's date and February 21, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant these motions would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant these motions might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

       Dated this 21st day of January, 2025.

                                                                            BY THE COURT:

                                                                             s/Michael D. Nelson
                                                                             United States Magistrate Judge

---

[1] Defendant, Raya seeks an additional 60-days; Defendant, Savaram seeks 30-days. The Court finds 30-days appropriate given the previous three extensions granted to each defendant--already adding 6-months to the pretrial motion deadline.